IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

IDA K. BRADY, AS
PERSONAL
REPRESENTATIVE OF THE
ESTATE OF SAMUEL S.
BRADY, DECEASED,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1898

Petitioner,

v.

COASTAL VASCULAR AND
INTERVENTIONAL CENTERS,
L.L.C., and HARRY RALPH
CRAMER, JR., M.D.,

Respondents.

_____/

Opinion filed August 9, 2016.

An appeal from the Circuit Court for Escambia County.
John L. Miller, Judge.

Robert A Ader, Ader & Hitt, P.A., Miami, for Petitioner.

Terrie L. Didier, and Thomas F. Gonzalez, Beggs & Lane, Pensacola, for
Respondents.


PER CURIAM.

        DENIED.

LEWIS, WETHERELL, and RAY, JJ., CONCUR.